# EXHIBIT 2

| From: | Denzelle Tucker |
|---|---|
| To: | Norman Abood |
| Date: | Thursday, January 13, 2022 2:41:59 PM |



**no_reply@sbtpg.com**          2/26/21
To: taxservice9011@gmail.com  >

# Fees for TAX SOLUTIONS 626640

                    *www.sbtpg.com*

Dear DENZELLE TUCKER,
A fee of 12,612.00 was issued to your account today, and this amount should reach your bank account in 1-2 business days. For more details, login to our **website** and download the Deposit Detail report.
Thank You,
Santa Barbara Tax Products Group.

Sent from my iPhone