**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION (TOLEDO)**

| | | |
|---|---|---|
| **DENZELLE TUCKER,** | : | **Case No. 3:22-cv-01095-JZ** |
| | : | |
| **Plaintiff,** | : | **Judge Jack Zouhary** |
| | : | **Magistrate Judge Darrell A. Clay** |
| **vs.** | : | |
| | : | |
| **SANTA BARBARA TAX PRODUCTS** | : | **DEFENDANT SANTA BARBARA TAX** |
| **GROUP, LLC,** *et al.***,** | : | **PRODUCTS GROUP'S CORPORATE** |
| | : | **DISCLOSURE STATEMENT** |
| **Defendants.** | : | |
| | : | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of **SANTA BARBARA TAX PRODUCTS GROUP.**

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

        ___X___ Yes          _____

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate and the relationship between it and the named party:

Green Dot Corporation is the parent corporation of Santa Barbara Tax Products Group. Green Dot Corporation is a publicly traded company traded on the NYSE.

.

2.    Is there a publicly owned corporation, not a party to the case, that has a financial

interest in the outcome?

___Yes          _X_ No

If the answer is Yes, list the identity of such corporation and the nature of the financial

interest:

N/A.

/s/ *Elizabeth M. Shaffer*_____          __7/15/22_____
Signature of Counsel          Date

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 15th day of July, 2022, a true and correct copy of the foregoing was served via CM/ECF filing to the following:

Norman A. Abood
The Law Office of Norman A. Abood
101 Broadcast Building
136 N. Huron Street, Suite 101
Toledo, OH 43604

*Attorney for Denzelle Tucker*

/s/ *Elizabeth M. Shaffer*
Attorney for Defendants

3