# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Denzelle Tucker, | Case No. 3:22-cv-1095 |
| Plaintiff | Judge James G. Carr |
| v. | ORDER |
| Santa Barbara Tax Products Group, LLC et al, | |
| Defendants. | |

A status conference was held by video zoom on March 4, 2024 before the undersigned. Plaintiff, Denzelle Tucker, who is now *pro se* after the Court granted his counsel's Motion to Withdraw (Doc. 37), made no appearance. Attorney Elizabeth Shaffer appeared on behalf of Defendants, Santa Barbara Tax Products Group, LLC and Green Dot Corporation. Plaintiff was notified of the Minute Order of February 12, 2024 and also the Court's written Order dated February 13, 2024 (Doc. 38) by email and ordinary mail service about the status conference and his obligation to appear. Yet, Plaintiff failed to appear, just as he failed to appear at the February 12, 2024 status conference.

Efforts having been duly undertaken to notify the Plaintiff to attend this hearing via zoom. The Court, in its Order dated February 13, 2024 (Doc. 38), notified Plaintiff that failure to comply with the Court's order to appear shall result in dismissal of his Complaint with prejudice for want of prosecution.

Upon the oral motion of Defendants, the Court grants the motion to dismiss case for want of prosecution with prejudice, thereby closing this case.

So ordered.

s/ James G. Carr
Sr. U.S. District Judge